UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

SHAQUAN BROWN,

        Petitioner,

- against -

WARDEN O.B.C.C. F. WILLIAMS,

        Respondent.
----------------------------------------X

**MEMORANDUM AND ORDER**
19-CV-750 (AMD)(LB)

**ANN M. DONNELLY**, United States District Judge:

    On February 4, 2019, the *pro se* petitioner, Shaquan Brown, filed this habeas corpus petition pursuant to 28 U.S.C. § 2241 challenging his pending state criminal proceeding. By letter dated February 6, 2019, the petitioner was provided with the proper forms and instructed that in order to proceed, he must either pay the $5 filing fee or return the completed IFP application.

    More than 14 days have elapsed and the Court has not received a response from the petitioner. However, given the petitioner's *pro se* status, the Court grants him additional time to comply with the Court's filing requirements. The Clerk of Court should include a request to proceed *in forma pauperis* with this Order. If the petitioner fails to comply with this Order within 30 days, the action will be dismissed without prejudice. No extension shall be granted without good cause.

SO ORDERED.

                                                  s/Ann M. Donnelly
                                                  _____
                                                  Ann M. Donnelly
                                                  United States District Judge

Dated: Brooklyn, New York
         February 26, 2019